OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

January 18, 2008

TO: **R. Eric Hutz, Esq.**
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141
Email: ehutz@cblh.com

Dear Counsel:   RE: **CA 97-274 SLR** Biacore, AB and Biacore, Inc. v. Thermo Bioanalysis Corp.

Pursuant to the Order entered on 3/27/2002, the following document is herewith returned to you:

ITEM #:   150

A copy of the signed acknowledgment will be entered on the Court's docket.

Sincerely,

Peter T. Dalleo, Clerk

BY: _____
Ronald B. Eberhard, Deputy Clerk

TO: Clerk, U.S. District Court

I hereby acknowledge receipt of the above noted document(s) on: 1/22/08

_____
Signature of Attorney or